# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2715
LT Case No. 2015-10842-CIDL

_____

GARY LANDMESSER,

    Appellant,

    v.

U.S. BANK TRUST NATIONAL
ASSOCIATION, as Trustee of LB-
Cabana Series IV Trust, LYNN
LANDMESSER a/k/a Lynn C.
Landmesser, DEBARY UNIT 13
HOMEOWNERS ASSOCIATION,
INC. and DEBARY PLANTATION
COMMUNITY ASSOCIATION, INC.,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Michael S. Orfinger, Judge.

Patrick J. Thompson, Lake Mary, for Appellant.

Christophal Hellewell, Chase A. Berger, Jason L. Duggar, and
Tara L. Rosenfeld, of Ghidotti Berger LLP, Miami, for Appellee,
U.S. Bank Trust National Association, as Trustee of the LB-
Cabana Series IV Trust.

No Appearance for Remaining Appellees.

November 20, 2025

PER CURIAM.

AFFIRMED.

HARRIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____